IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ANDREW W. LONGMATE,      :
         :
      Plaintiff,      :
         :
      v.      :      CIVIL ACTION NO.
         :      1:10-CV-1877-WCO-CCH
EXPERIAN   INFORMATION  :
SOLUTIONS, INC.,      :
         :
      Defendant.      :

## <u>SCHEDULING ORDER</u>

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan [6] filed by the parties, the Court **ORDERS** that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, filing a proposed consolidated pretrial order, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court except as herein modified.

In addition, **if a discovery dispute arises between the parties, counsel and** *pro se* **litigants are required to contact the chambers of the undersigned by telephone to arrange a telephone conference before filing a motion.**  Motions to

compel, motions for protective order, motions for sanctions or any other motion arising out of a dispute over any discovery matter should ordinarily not be filed without a prior conference with the Court.

Pursuant to Local Rule 16.4, the parties must file a proposed consolidated pretrial order no later than thirty (30) days after the close of discovery, or entry of the court's ruling on any pending motions for summary judgment, whichever is later.  See LR 16.4, NDGa.  The Court extends the deadline for filing a consolidated pretrial order until **forty (40) days** after the close of discovery, or, in the event that any party files a motion for summary judgment, until **thirty (30) days** after the district court's final ruling on all pending motions for summary judgment, whichever is later.

Furthermore, in the event that any party files a motion for summary judgment, the Court advises the parties that, under the Local Rules of this Court, "a paper courtesy copy of all summary judgment motions, to include exhibits, and any response to such motions is required to be filed with the assigned judge."  App. H, LR NDGa, Standing Order in re: Electronic Case Filing and Administrative Procedures, Ex. A. Accordingly, the undersigned **ORDERS** that paper courtesy copies of all summary

judgment motions and responses, including exhibits, be delivered to the undersigned at 1885 U.S. Courthouse, 75 Spring St. SW, Atlanta, Georgia 30303.

IT IS SO ORDERED this 23rd day of August, 2010.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE