IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ANDREW W. LONGMATE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:10-CV-1877-WCO-CCH |
| EXPERIAN INFORMATION | ) |
| SOLUTIONS, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER ON JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE DISCOVERY

Currently before this Court is Plaintiff Andrew W. Longmate's and Defendant Experian Information Solutions, Inc.'s Joint Motion for Extension of Time to Complete Discovery. The Motion is HEREBY GRANTED.

IT IS HEREBY ORDERED that the Scheduling Order is amended and supplemented to reflect the following deadlines:

1. Mediation to be completed by March 1, 2011;

2. Fact discovery to be completed by March 15, 2011;

3. Plaintiff's Expert Reports due by March 15, 2011;

4. Defendant's Expert Reports due by March 29, 2011; and

5. Expert discovery to be completed by April 29, 2011.

SO ORDERED, this 13th day of December, 2010.

_____
C. CHRISTOPHER HAGY
UNITED STATES MAGISTRATE JUDGE